# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY GODFREY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>Defendants. | Case No. 1:18-cv-07918<br><br>Judge Matthew F. Kennelly |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE THAT on January 9, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his place in the courtroom usually occupied by him in Room 2103 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Plead.

Dated: December 28, 2018

                                                Respectfully submitted,

                                                /s/ Michael L. Scheier
                                                Michael L. Scheier
                                                Brian P. Muething*
                                                Jacob D. Rhode*
                                                Keating Muething & Klekamp PLL
                                                One East Fourth Street, Suite 1400
                                                Cincinnati, OH  45202
                                                (513) 579-6400
                                                Counsel for Defendant Greatbanc Trust Company
                                                *Pro hac vice motion and local counsel designation forthcoming

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing via ECF on all parties listed on the Court's website for service and also via electronic mail to the following:

> Mark G. Boyko at mboyko@baileyglasser.com
> Patrick O. Muench at pmuench@baileyglasser.com
> Ryan T. Jenny at rjenny@baileyglasser.com
> Gregory Y. Porter at gporter@baileyglasser.com

this 28th day of December 2018.

                                                                       /s/ Michael L. Scheier
                                                                       Michael L. Scheier

8902226.1