# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Godfrey, et al.

Plaintiff,

v.

Case No.: 1:18−cv−07918

Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2019:

     MINUTE entry before the Honorable Matthew F. Kennelly: Motion for extension of time to answer [9] is granted; deadline for defendants to respond to the complaint is extended to 2/5/2019. Motion hearing set for 1/9/2019 is vacated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.