## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Godfrey et al v. Greatbanc Trust Co. et al    Case Number: 1:18-cv-07918

An appearance is hereby filed by the undersigned as attorney for:

Greatbanc Trust Co.

Attorney name (type or print): Ross D. Taylor

Firm: Keating Muething & Klekamp PLL

Street address: 125 S. Clark St, 17th Floor

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6198181    Telephone Number: 513-639-3935
(See item 3 in instructions)

Email Address: rtaylor@kmklaw.com

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?         ☑ Yes   ☐ No

Are you a member of the court's trial bar?            ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/8/2019

Attorney signature: S/ Ross D. Taylor
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015