# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Godfrey et al v. Greatbanc Trust Co. et al

Case Number: 1:18-cv-07918

An appearance is hereby filed by the undersigned as attorney for:
Greatbanc Trust Co.

Attorney name (type or print): Michael L. Scheier

Firm: Keating Muething & Klekamp, PLL

Street address: One East Fourth Street, Suite 1400

City/State/Zip: Cincinnati, OH 45202

Bar ID Number: 0055512
(See item 3 in instructions)

Telephone Number: 513-579-6952

Email Address: mscheier@kmklaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/9/18

Attorney signature: S/ Michael L. Scheier
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015