# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Godfrey v. GreatBanc Trust Co., et al.

Case Number: 01:18-cv-07918

An appearance is hereby filed by the undersigned as attorney for:
GreatBanc Trust Co.

Attorney name (type or print): Jacob D. Rhode

Firm: Keating Muething & Klekamp PLL

Street address: One E. 4th Street, Suite 1400

City/State/Zip: Cincinnati, OH 45202

Bar ID Number: 0089636 (Ohio)
(See item 3 in instructions)

Telephone Number: (513) 579-6580

Email Address: jrhode@kmklaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/24/2019

Attorney signature: S/ Jacob D. Rhode
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015