# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY and JEFFREY SHELDON, on behalf of the MCBRIDE & SON EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, MCBRIDE & SON MANAGEMENT COMPANY, LLC, JOHN F. EILERMANN, JR., MICHAEL D. ARRI, ANDREA TEMPLETON, JOHN DOES 1 - 10, and MCBRIDE & SON CAPITAL, INC.,<br><br>        Defendants. | Case Number 18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that on **February 12, 2019**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kennelly, **Room 2103**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present Defendants McBride & Son Management Company, LLC, McBride & Son Capital, Inc., Michael D. Arri, John F. Eilermann, Jr. and Andrea Templeton's Motion to Dismiss, a copy of which was served upon you electronically via the electronic case filing system.

Respectfully submitted,

GROOM LAW GROUP

By: /s/ Lars C. Golumbic
    One of the Attorneys for Defendants, McBRIDE & SON MANAGEMENT COMPANY, LLC, McBRIDE & SON CAPITAL, INC., Michael D. Arri, John F. Eilermann, Jr. and Andrea Templeton

Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)

1

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
         sadams@groom.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019 I electronically filed the foregoing document with the clerk of the court for The Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: February 5, 2019                                          By: /s/ Lars C. Golumbic

Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
        sadams@groom.com