UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY GODFREY,** *et al.*, | ) Case No.: 1:18-CV-07918 |
| Plaintiffs, | ) |
| | ) Judge Matthew F. Kennelly |
| -v- | ) |
| | ) |
| **GREATBANC TRUST COMPANY,** *et al.*, | ) Magistrate Judge Michael T. Mason |
| Defendants. | ) |

**DEFENDANT GREATBANC TRUST COMPANY'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant GreatBanc Trust Company ("GreatBanc") moves to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction. GreatBanc adopts, incorporates, and joins in the subject matter jurisdiction arguments and legal authorities set forth in the Motion to Dismiss and Memorandum in Support filed by the McBride Defendants (Doc. # 23; Doc. # 24). Because Plaintiffs lack standing, this Court does not have subject matter jurisdiction, and GreatBanc's Motion should be granted.

Respectfully submitted,

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202

Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant GreatBanc Trust Company*

And

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLL
125 S. Clark St., 17th Floor
Chicago, IL 60603
*Local counsel for Defendant GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2019, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

                                      */s/ Michael L. Scheier*
                                      Michael L. Scheier

8978776.1