UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY GODFREY**, *et al.*, | ) Case No.: 1:18-CV-07918 |
| Plaintiffs, | ) Judge Matthew F. Kennelly |
| -v- | ) Magistrate Judge Michael T. Mason |
| **GREATBANC TRUST COMPANY**, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANT GREATBANC TRUST COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant GreatBanc Trust Company ("GreatBanc") makes the following corporate disclosure:

1. GreatBanc states that its parent company is U.S. Fiduciary Services, Inc. and that no publicly-held company owns 10% or more of GreatBanc's stock. GreatBanc has no publicly held affiliates.

Dated: February 5, 2019.

Respectfully submitted,

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLL

One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant GreatBanc Trust Company*

And

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLL
125 S. Clark St., 17th Floor
Chicago, IL 60603
*Local counsel for Defendant GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2019, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

          */s/ Michael L. Scheier*
          Michael L. Scheier

8976872.1