UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY GODFREY,** *et al.*, | ) Case No.: 1:18-CV-07918 |
| Plaintiffs, | ) Judge Matthew F. Kennelly |
| -v- | ) |
| **GREATBANC TRUST COMPANY,** *et al.*, | ) Magistrate Judge Michael T. Mason |
| Defendants. | ) |

## NOTICE OF PRESENTMENT OF MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on **February 12, 2019 at 9:30am**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any Judge sitting in his place in the courtroom usually occupied by him in Room 2103 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant GreatBanc Trust Company's Motion to Dismiss.

Dated: February 5, 2019.

        Respectfully submitted,

        */s/ Michael L. Scheier*
        Michael L. Scheier (Ohio 0055512)
        Brian P. Muething (Ohio 0076315)
        Jacob D. Rhode (Ohio 0089636)
        KEATING MUETHING & KLEKAMP PLL
        One E. 4th Street, Suite 1400
        Cincinnati, OH 45202
        Tel: (513) 579-6400
        Fax: (513) 579-6457
        mscheier@kmklaw.com
        bmuething@kmklaw.com
        jrhode@kmklaw.com
        *Attorneys for Defendant GreatBanc Trust Company*

        And

        Ross D. Taylor (6198181)
        KEATING MUETHING & KLEKAMP PLL
        125 S. Clark St., 17th Floor
        Chicago, IL 60603
        *Local counsel for Defendant GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2019, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

        */s/ Michael L. Scheier*
        Michael L. Scheier

8978780.1