## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Godfrey, et al.

                            Plaintiff,

v.                                                   Case No.: 1:18−cv−07918
                                                    Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 2/12/2019. Responses to motions to dismiss to be set at a later date. Plaintiffs may take limited discovery within 30 days as stated in open court. Telephone status hearing set for 2/27/2019 at 8:30 a.m. Parties are to notify the Court of a call−in number in advance. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.