**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GREGORY GODFREY and JEFFREY SHELDON**, on behalf of the MCBRIDE & SON EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**GREATBANC TRUST COMPANY, McBRIDE & SON MANAGEMENT COMPANY, LLC, JOHN F. EILERMANN, JR., MICHAEL D. ARRI, ANDREA TEMPLETON, JOHN DOES 1-10, and McBRIDE & SON CAPITAL INC.,**<br><br>**Defendants.** | Case No. 1:18-cv-07918 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on March 7, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for the Plaintiffs, Gregory Godfrey and Jeffrey Sheldon, shall appear in the United States District Court for the Northern District of Illinois before the Honorable Matthew F. Kennelly, in Courtroom 2103, and shall then and there present Plaintiffs' Motion to Compel Discovery.

Dated: February 28, 2019

Respectfully submitted,

**BAILEY & GLASSER LLP**

By: /s/ *Mark G. Boyko*
Mark G. Boyko (IL #6288036)
mboyko@baileyglasser.com
8012 Bonhomme Avenue, Suite 300
Clayton, MO 63105
Telephone: (314) 863-5446

Facsimile: (314)-863-5483

Patrick O. Muench (IL #6290298)
pmuench@baileyglasser.com
3930 N. Lowell Ave.
Chicago, IL 60641
Telephone: (847) 899-1646
Facsimile: (202) 463-2103

Ryan T. Jenny
rjenny@baileyglasser.com
Gregory Y. Porter (*pro hac vice* to be filed)
gporter@baileyglasser.com
Bailey & Glasser LLP
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2019, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to be thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark G. Boyko*
Mark G. Boyko