**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Gregory Godfrey, et al.

                          Plaintiff,

v.                                                      Case No.: 1:18−cv−07918
                                                         Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 3/13/2019 with attorneys for all parties. Any amended complaint or motion for leave to file an amended complaint is to be filed by 3/29/2019. Telephone status hearing, to be initiated by the parties, is set for 4/10/2019 at 8:45 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.