## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gregory Godfrey, et al.

                                Plaintiff,

v.                                           Case No.: 1:18−cv−07918
                                                       Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 6/10/2019 with attorneys for both sides. Parties' agreed schedule is entered as follows. Telephone status hearing, to be initiated by the parties, is set for 7/23/2019 at 8:45 a.m. Deadline for amending pleadings and adding parties is 2/28/2020. Motion for class certification is to be filed by 4/2/2020. Class certification discovery ordered closed 5/29/2020. Rule 26(a)(2) disclosures are due by 7/9/2020; rebuttal disclosures are due by 8/20/2020. Expert discovery ordered closed 10/9/2020. The deadline for filing dispositive motions is 11/12/2020. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.