# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Gregory Godfrey, et al.

                          Plaintiff,

v.                                                Case No.: 1:18−cv−07918
                                                     Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the motion hearing date of 11/20/2019 is vacated and reset to 11/26/2019 at 9:30 AM. Defendants are directed to file a response to the motions by 11/25/2019. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.