**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et. al.,<br><br>                Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>                Defendants. | Case Number 18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason<br><br>**[Oral Argument Requested]** |

## McBRIDE DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., and Michael D. Arri (collectively, the "McBride Defendants") file this motion to dismiss, in part, the claims asserted against the McBride Defendants by Plaintiffs Gregory Godfrey, Jeffrey Sheldon, and Debra Ann Kopinski in their Second Amended Complaint. As set forth in the McBride Defendants' Memorandum in Support, filed herewith, the McBride Defendants respectfully request that the Court:

    **(1)** dismiss Count II for failure to state a prohibited transaction claim under 29 U.S.C. §§ 1106(a)-(b);

    **(2)** dismiss Counts IV and VIII for failure to state a breach of fiduciary duty claim under 29 U.S.C. § 1104(a)(1);

    **(3)** dismiss Counts V and IX for failure to state a claim for co-fiduciary liability under 29 U.S.C. § 1105(a);

    **(4)** dismiss Counts VI and X for failure to state a knowing participation claim under 29 U.S.C § 1132(a)(3);

    **(5)** dismiss Eilermann and Arri from Counts XII, XIV, XV for failure to plead fiduciary status; and

    **(6)** dismiss Count XVII for failure to state a breach of the duty to monitor to the extent it relies upon dismissed claims.

1

For the Court's convenience, the McBride Defendants have prepared the chart below summarizing each claim (including those made solely against GreatBanc Trust Company ("GreatBanc")) and the grounds for dismissal:

| Claim | Party Moving | Grounds for Dismissal |
|---|---|---|
| *2013 Reorganization Claims* | | |
| **Count I** Causing and Engaging in Prohibited Transactions Forbidden by 29 U.S.C. §§ 1106(a)–(b) for the 2013 ESOP Transaction Against GreatBanc | GreatBanc | • *See* GreatBanc's Motion to Dismiss |
| **Count II** Causing and Engaging in Prohibited Transactions Forbidden by 29 U.S.C. §§ 1106(a)–(b) for the 2013 ESOP Transaction Against MS Management, Eilermann, and Arri | All named McBride Defendants | • Challenges corporate acts not governed by ERISA<br><br>• Fails to plead fiduciary status of Eilermann and Arri |
| **Count III** Violation of 29 U.S.C. § 1104(a)(1) for the 2013 ESOP Transaction Against GreatBanc | GreatBanc | • *See* GreatBanc's Motion to Dismiss |
| **Count IV** Violation of 29 U.S.C. § 1104(a)(1) for the 2013 ESOP Transaction Against MS Management, Eilermann, and Arri | All named McBride Defendants | • Challenges corporate acts not governed by ERISA<br><br>• Fails to plead fiduciary status of Eilermann and Arri<br><br>• Fails to plead additional facts in support of breach (loss causation) |

| Claim | Party Moving | Grounds for Dismissal |
|---|---|---|
| **Count V** <br> Violation of 29 U.S.C. § 1105(a), Co-Fiduciary Liability, for the 2013 ESOP Transaction Against GreatBanc, MS Management, Eilermann, and Arri | All named McBride Defendants <br><br> GreatBanc | • Challenges corporate acts not governed by ERISA <br><br> • Fails to plead fiduciary status of Eilermann and Arri <br><br> • *See* GreatBanc's Motion to Dismiss |
| **Count VI** <br> Knowing Participation in Breaches of Fiduciary Duties & Prohibited Transactions Pursuant to 29 U.S.C. § 1132(a)(3) for the 2013 ESOP Transaction Against MS Capital, Eilermann, and Arri | All named McBride Defendants | • Challenges corporate acts not governed by ERISA <br><br> • Fails to plead participation |
| *"Loss Of Value" Claims* | | |
| **Count VII** <br> Violation of 29 U.S.C. § 1104(a)(1) for the Loss of Value from 2013 to 2017 Against GreatBanc | GreatBanc | • *See* GreatBanc's Motion to Dismiss |
| **Count VIII** <br> Violation of 29 U.S.C. § 1104(a)(1) for the Loss of Value from 2013 to 2017 Against MS Capital, Eilermann, and Arri | All named McBride Defendants | • Challenges corporate acts not governed by ERISA <br><br> • Fails to plead fiduciary status of Eilermann and Arri <br><br> • Fails to plead additional facts in support of breach |
| **Count IX** <br> Violation of 29 U.S.C. § 1105(a), Co-Fiduciary Liability, for the Loss of Value from 2013 to 2017 Against GreatBanc, MS Capital, Eilermann, and Arri | All named McBride Defendants <br><br> GreatBanc | • Challenges corporate acts not governed by ERISA <br><br> • Fails to plead fiduciary status of Eilermann and Arri <br><br> • *See* GreatBanc's Motion to Dismiss |

3

| Claim | Party Moving | Grounds for Dismissal |
|---|---|---|
| **Count X**<br>Knowing Participation in Breaches of Fiduciary Duties & Prohibited Transactions Pursuant to 29 U.S.C. § 1132(a)(3) for the Loss of Value from 2013 to 2017 Against Eilermann and Arri | All named McBride Defendants | • Challenges corporate acts not governed by ERISA<br><br>• Fails to plead participation |
| *2017 Transaction Claims* | | |
| **Count XI**<br>Causing and Engaging in Prohibited Transactions Forbidden by 29 U.S.C. §§ 1106(a)–(b) for the 2017 ESOP Transaction Against GreatBanc | N/A | N/A |
| **Count XII**<br>Causing and Engaging in Prohibited Transactions Forbidden by 29 U.S.C. §§ 1106(a)–(b) for the 2017 ESOP Transaction Against MS Capital, Eilermann, and Arri | Eilermann and Arri | • Fails to plead fiduciary status of Eilermann and Arri |
| **Count XIII**<br>Violation of 29 U.S.C. § 1104(a)(1) for the 2017 ESOP Transaction Against GreatBanc | N/A | N/A |
| **Count XIV**<br>Violation of 29 U.S.C. § 1104(a)(1) for the 2017 ESOP Transaction Against MS Capital, Eilermann, and Arri | Eilermann and Arri | • Fails to plead fiduciary status of Eilermann and Arri |
| **Count XV**<br>Violation of 29 U.S.C. § 1105(a), Co-Fiduciary Liability, for the 2017 ESOP Transaction Against GreatBanc, MS Capital, Eilermann, and Arri | Eilermann and Arri | • Fails to plead fiduciary status of Eilermann and Arri |

| Claim | Party Moving | Grounds for Dismissal |
|---|---|---|
| **Count XVI** Knowing Participation in Breaches of Fiduciary Duties & Prohibited Transactions Pursuant to 29 U.S.C. § 1132(a)(3) for the 2017 ESOP Transaction Against MS Capital, Eilermann, and Arri | N/A | N/A |
| *Duty To Monitor Claim* | | |
| **Count XVII** Violation of 29 U.S.C. § 1104(a)(1) for Failure to Monitor and Terminate GreatBanc as Trustee to the Plan Against MS Capital, Eilermann, and Arri | All named McBride Defendants | • Fails to allege underlying breaches to the extent premised on dismissed claims |

Dated: February 3, 2020

Respectfully submitted,

/s/ Lars C. Golumbic
Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
sadams@groom.com
sgates@groom.com

Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., and Michael D. Arri*