# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et al., | |
| Plaintiffs, | Case Number 18-cv-07918 |
| v. | Judge Matthew F. Kennelly |
| GREATBANC TRUST COMPANY, et al., | Magistrate Judge Michael T. Mason |
| Defendants. | |

**NOTICE OF PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on **February 13, 2020**, at **9:30 a.m.**,[1] or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kennelly, Judge of the U.S. District Court of Illinois, **Room 2103**, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., and Michael D. Arri's Partial Motion to Dismiss the Second Amended Complaint, a copy of which was served upon you electronically via the electronic case filing system.

Dated: February 3, 2020

                                                Respectfully submitted,

                                                GROOM LAW GROUP

                                                By: /s/ Lars C. Golumbic
                                                    One of the Attorneys for Defendants, McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., and Michael D. Arri

Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
       sadams@groom.com
       sgates@groom.com

---

[1] This Court previously scheduled a motions hearing on this matter for March 11, 2020 at 9:30 am. Dkt. No. 110.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020 I electronically filed the foregoing document with the clerk of the court for The Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: February 3, 2020           By: /s/ Lars C. Golumbic
                                                   Lars C. Golumbic