UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> GREATBANC TRUST COMPANY, et al., <br><br> Defendants. | Case Number 18-cv-07918 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Michael T. Mason |

**MOTION TO FILE REDACTED BRIEF
AND TO SEAL CONFIDENTIAL DOCUMENTS**

Pursuant to Local Civil Rule 26.2, Defendants respectfully submit this Motion to File Redacted Brief and to Seal Confidential Documents. In support of their motion, the Defendants state as follows:

1. The agreed-to confidentiality order (Dkt. 59) permits the parties to designate as "Confidential-Subject To Protective Order," among other things, "research, technical, commercial or financial information that the party has maintained as confidential." *Id.* ¶ 2. The confidentiality order further provides that "deposition testimony taken in this case shall be treated as Confidential Information" until the expiration of 14 days following delivery of the transcript, and, in no event later than 60 days after the testimony was given. *Id.* ¶ 4.

2. The Defendants' Motion to Exclude Undisclosed Opinion of Plaintiffs' Expert Daniel Van Vleet, filed contemporaneously herewith, directly quotes from and includes as attachments documents containing confidential information, specifically: (1) excerpts of the March 19, 2021 Expert Report of Daniel R. Van Vleet, ASA, Valuation and Economic Damages Analysis, which was marked as confidential and (2) excerpts of the June 14, 2021 deposition transcript of Mr. Van Vleet, which remain confidential under the 14-day rule.

1

3.     Pursuant to paragraph 7 of the Confidentiality Order, Defendants hereby move to file these exhibits under seal and to redact any discussion of these exhibits in Defendants' Motion to Exclude Undisclosed Opinion of Plaintiffs' Expert Daniel Van Vleet. *See* Dkt. 59 ¶ 7 ("Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2.").

4.     Prior to filing, Defendants' counsel asked Plaintiffs' counsel by email whether they would oppose sealing; as of filing, Plaintiffs' counsel has not responded..

WHEREFORE, the Defendants respectfully request the Court grant the grant the Motion to File Redacted Brief and to Seal Confidential Documents and (1) place the exhibits under permanent seal and (2) approve the redaction of any discussions of these exhibits in Defendants' Motion to Exclude Undisclosed Opinion of Plaintiffs' Expert Daniel Van Vleet.

Dated: June 18, 2021

Respectfully submitted,

/s/ Lars C. Golumbic
Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
Rachael Hancock (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
          sadams@groom.com
          sgates@groom.com
          rhancock@groom.com

Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669

Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri*

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLLC
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLLC
125 S. Clark St., 17th Floor
Chicago, IL 60603

*Counsel for Defendant GreatBanc Trust Company*