UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et. al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>  Defendants. | Case Number 18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

**MOTION TO FILE REDACTED BRIEF
AND TO SEAL CONFIDENTIAL DOCUMENTS**

Pursuant to Local Civil Rule 26.2, Defendants respectfully submit this Motion to File Redacted Brief and to Seal Confidential Documents. In support of their motion, the Defendants state as follows:

1. The agreed-to confidentiality order (Dkt. 59) permits the parties to designate as "Confidential-Subject To Protective Order," among other things, "research, technical, commercial or financial information that the party has maintained as confidential." *Id.* ¶ 2. The confidentiality order further provides that a party may designate as Confidential deposition testimony taken in this case. *Id.* ¶ 4.

2. The Defendants' contemporaneously filed Opposition to Plaintiffs' Motion to Exclude Evidence Pursuant to Rule 37(c)(1) (the "Opposition") directly quotes from and includes as attachments documents containing information that has been designated Confidential:, specifically, (i) confidential documents produced by Defendants in this case (attached as Exhibits A-E and I to the Opposition) and (ii) deposition testimony designated as confidential (attached as Exhibits F-H to the Opposition). Defendants also reference documents Plaintiffs filed under seal in support of their motion. *See* Dkt. No. 227.

1

3. Pursuant to paragraph 7 of the Confidential Order, Defendants hereby move to file these exhibits under seal and redact any discussion of the confidential information contained in these exhibits from Defendants' Opposition. Dkt. 59 ¶ 7 ("Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2.").

4. Plaintiffs do not oppose Defendants' request.

WHEREFORE, Defendants respectfully request the Court grant the grant the Motion to File Redacted Brief and to Seal Confidential Documents and (1) place the exhibits under permanent seal and (2) approve the redaction of any discussions of the confidential information in these exhibits from Defendants' Opposition.

Dated: July 6, 2021

Respectfully submitted,

/s/ Lars C. Golumbic
Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
Rachael Hancock (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
       sadams@groom.com
       sgates@groom.com
       rhancock@groom.com

Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri*

<u>*/s/ Michael L. Scheier*</u>
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLLC
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant GreatBanc Trust Company*

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLLC
125 S. Clark St., 17th Floor
Chicago, IL 60603
*Local counsel for Defendant GreatBanc Trust Company*

3