UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gregory Godfrey, et al.

                     Plaintiff,

v.                                                 Case No.: 1:18−cv−07918
                                                 Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 30, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held by video on 8/30/2021. Oral argument heard and oral rulings made regarding the plaintiffs' motion to exclude evidence [227] and the defendants' motion to strike [223]. Plaintiffs' motion to exclude evidence [227] is denied for the reasons stated on the record except with respect to matters relating to the late disclosure of the Regions Bank loan agreement. The Court will allow plaintiffs to conduct reasonable, targeted discovery relating to that late disclosure. Defendant's motion to strike undisclosed opinion [223] is granted for the reasons stated on the record. Plaintiffs are directed to file a status report detailing their proposed discovery regarding the Regions Bank loan agreement by 5:00 p.m. on 9/1/2021. A telephonic status hearing is set for 9/3/2021 at 9:10 a.m. to hear argument regarding the extent of discovery the plaintiffs will be allowed to conduct. The following call−in number will be used for the hearing: 888−684−8852 conference code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.