**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GREGORY GODFREY, JEFFREY SHELDON, and DEBRA ANN KOPINSKI, on behalf of the MCBRIDE & SON EMPLOYEE STOCK OWNERSHIP PLAN, and on behalf of a class of all other persons similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> GREATBANC TRUST COMPANY, McBRIDE & SON CAPITAL INC., McBRIDE & SON MANAGEMENT COMPANY, LLC, JOHN F. EILERMANN, JR., and MICHAEL D. ARRI, <br><br> **Defendants.** | Case No. 1:18-cv-07918 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Michael T. Mason |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs in this action respectfully submit this Status Report regarding limited additional discovery pursuant to the Court's Order of August 30, 2021. *See* Dkt No. 248.

Plaintiffs request that McBride Defendants provide them with:

1. Drafts, negotiations and communications pertaining to the Loan and Security Agreement dated May 24, 2012 (MS_43051), the First Amended and Restated Loan and Security Agreement, dated December 20, 2016, and any subsequent loan agreement between McBride entities and Regions Bank (collectively, "the Regions Bank Agreement").

2. Any communications between or involving Mr. Eilermann or Mr. Arri concerning the executive retention provision of the Regions Bank Agreement.

3.     Any communications between McBride or Greatbanc on the one hand, and Stern Brothers on the other, concerning the executive retention provision of the Regions Bank Agreement.

4.     All documents reflecting any consideration of the Regions Bank Agreement's executive retention provision by McBride, its Board, its Advisory Board, or TRS, its compensation consultant.

5.     Any notices sent by McBride to Regions Bank to inform them of any events for which informing or permission was required by the Covenants or Events of Default in the Regions' Bank Agreement, and any corresponding permissions or consents received from Regions Bank, including any documents showing McBride informing Regions Bank that Mr. Arri would no longer be CFO and Regions Banks written consent.

Dated:  September 1, 2021                    Respectfully submitted,

By:     /s/ *Mark G. Boyko*
Mark G. Boyko (IL #6288036)
mboyko@baileyglasser.com
Bailey & Glasser LLP
34 N. Gore Ave., Suite 102
Webster Groves, MO 63119
Telephone: (314) 863-5446
Facsimile: (314)-863-5483

Patrick O. Muench (IL #6290298)
pmuench@baileyglasser.com
Bailey & Glasser LLP
3930 N. Lowell Ave.
Chicago, IL 60641
Telephone: (847) 899-1646
Facsimile: (202) 463-2103

Ryan T. Jenny
rjenny@baileyglasser.com
Gregory Y. Porter (*pro hac vice* to be filed)
gporter@baileyglasser.com
Bailey & Glasser LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Thomas E. Clark Jr. (IL #6294921)
tclark@wagnerlawgroup.com
Jordan D. Mamorsky (*pro hac vice* to be filed)
jmamorsky@wagnerlawgroup.com
The Wagner Law Group, PC
190 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (314) 236-0065
Facsimile: (314) 236-5743

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2021, a copy of the foregoing document was served on all counsel of record by electronic mail.

/s/*Mark G. Boyko*
Mark G. Boyko