UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et. al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>　　　　　Defendants. | Case Number 18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

**DEFENDANTS' MOTION TO FILE REDACTED BRIEFS
AND TO SEAL CONFIDENTIAL DOCUMENTS**

　　　　Pursuant to Local Civil Rule 26.2, Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri (the "McBride Defendants"), and Defendant GreatBanc Trust Company ("GreatBanc") (collectively, "Defendants") respectfully submit this Motion to File Redacted Briefs and to Seal Confidential Documents. In support of their motion, the Defendants state as follows:

　　　　1.　　　The agreed-to confidentiality order (Dkt. 59, "Confidentiality Order") permits the parties to designate as "Confidential-Subject To Protective Order": "(a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case." *Id.* ¶ 2. The Confidentiality Order further provides that a party may designate as Confidential deposition testimony taken in this case. *Id.* ¶ 4.

2.      Defendants' Joint Statement of Material Facts, the Memorandum of Law in Support of McBride Defendants' Motion for Summary Judgment, and the Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment, filed contemporaneously herewith, directly quote from and/or include as attachments documents containing confidential information, specifically: (i) confidential documents produced by the parties in this case (attached as Exhibits 1-7, 9, 11-15, 17-18, 21-23, 25-26, 28-43, 45-51, 54-57, 59-61, 63-66, 68-72, 75-86, 89-97, 99-126, 128-129, 131-141 and 144 to Defendants' Joint Statement of Material Facts, Exhibit A to the McBride Defendants' Memorandum in Support of their Motion for Summary Judgment, and Exhibits A and B to GreatBanc's Memorandum in Support of its Motion for Summary Judgment) and (ii) deposition testimony designated as Confidential (attached as Exhibits 8, 10, 16, 19, 20, 24, 27, 88, 130, 142 and 143 to Defendants' Joint Statement of Material Facts).

3.      Paragraph 7 of the Confidentiality Order states, "Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2." Dkt. 59 ¶ 7. Defendants hereby move to file these exhibits under seal and to redact any discussion of the confidential information contained in these exhibits from Defendants' Statement of Material Facts, the Memorandum of Law in Support of McBride Defendants' Motion for Summary Judgment, and the Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment.

WHEREFORE, the Defendants respectfully request the Court grant the Motion to File Redacted Briefs and to Seal Confidential Documents and (1) place the exhibits, along with any declaration filed therewith, under permanent seal and (2) approve the redaction of any discussions of these exhibits in Defendants' Statement of Material Facts, the Memorandum of

Law in Support of McBride Defendants' Motion for Summary Judgment, and the Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment.

Dated: November 12, 2021

Respectfully submitted,

*/s/ Lars C. Golumbic*
Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
Rachael Hancock (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
  sadams@groom.com
  sgates@groom.com
  rhancock@groom.com

Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri*

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLLC
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

3

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLLC
125 S. Clark St., 17th Floor
Chicago, IL 60603

*Counsel for Defendant GreatBanc Trust Company*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the clerk of the court for The Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: November 12, 2021

                                                                                     By: */s/ Michael L. Scheier*
                                                                                       Michael L. Scheier