**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GREGORY GODFREY,** *et al.*, | ) Case No.: 1:18-CV-07918 |
| Plaintiffs, | ) |
| | ) Judge Matthew F. Kennelly |
| -v- | ) |
| | ) Magistrate Judge Michael T. Mason |
| **GREATBANC TRUST COMPANY,** *et al.*, | ) |
| | ) **Oral Argument Requested** |
| Defendants. | ) |

**DEFENDANT GREATBANC TRUST COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant GreatBanc Trust Company ("GreatBanc") moves for summary judgment on all claims in Plaintiffs' Second Amended Complaint asserted against GreatBanc: Counts I, III, V, VII, IX, XI, XIII, and XV.

The Court should enter summary judgment for GreatBanc on all of Plaintiffs' claims because, in light of the undisputed facts, Plaintiffs cannot demonstrate that GreatBanc breached any fiduciary duty or provision of ERISA, or that GreatBanc's actions caused any losses to the McBride & Son Employee Stock Ownership Plan, and therefore GreatBanc is entitled to judgment as a matter of law.

The grounds in support of this motion are more fully set forth in GreatBanc's accompanying Memorandum in Support, as well as Defendants' Joint Statement of Material Facts.

Respectfully submitted,

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)
Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant GreatBanc Trust Company*

and

Ross D. Taylor (6198181)
KEATING MUETHING & KLEKAMP PLL
125 S. Clark St., 17th Floor
Chicago, IL 60603

*Local counsel for Defendant GreatBanc Trust Company*

## CERTIFICATE OF SERVICE

I certify that on November 12, 2022, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

*/s/ Michael L. Scheier*
Michael L. Scheier