UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et. al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>　　　　Defendants. | Case Number 18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

## McBRIDE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., and Michael D. Arri (the "McBride Defendants") hereby move for summary judgment on all claims against them in Plaintiffs' Second Amended Complaint (Dkt. 127, "SAC"). For the reasons set forth in the McBride Defendants' accompanying Memorandum in Support of their Motion for Summary Judgment, there is no genuine dispute of any material fact, and the McBride Defendants are entitled to judgment as a matter of law on all counts against them.

In support of this Motion, the McBride Defendants rely upon the pleadings together with the attachments thereto, the applicable law, the McBride Defendants' Memorandum in Support of their Motion for Summary Judgment and the exhibits thereto, Defendants' Joint Statement of Material Facts and the exhibits thereto, the Declaration of Michael L. Scheier, and, where indicated and per the Court's instruction, GreatBanc Trust Company's Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, the McBride Defendants respectfully request that the Court grant summary judgment in their favor as to all counts against them in the SAC.

Dated: November 12, 2021                Respectfully submitted,

/s/ *Lars C. Golumbic*

Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
Rachael E. Hancock (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
       sadams@groom.com
       sgates@groom.com
       rhancock@groom.com


Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri, and McBride & Son Capital, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the clerk of the court for The Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: November 12, 2021

By: /s/ <i>Lars C. Golumbic</i><br>Lars C. Golumbic