UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Gregory Godfrey, et al.
                                    Plaintiff,

v.                                          Case No.: 1:18−cv−07918
                                            Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, November 13, 2021:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motions to file materials under seal [256] is granted. Redacted versions are to be filed in the public record, and complete versions are to be filed under seal. Each party filing a summary judgment motion or response in this case must deliver to chambers a USB drive containing its motion, memorandum, Rule 56.1 statement or response, and exhibits, with each document bookmarked in PDF just as a hard copy filing would be tabbed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.