UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY GODFREY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**GREATBANC TRUST COMPANY, et al.,**<br><br>**Defendants.** | Case No. 1:18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT GREATBANC TRUST COMPANY**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs Gregory Godfrey, Jeffery Sheldon, and Debra Ann Kopinski ("Plaintiffs"), as representatives of a Class of similarly situated persons, and on behalf of the McBride and Son Employee Stock Ownership Plan (the "Plan" or the "ESOP"), respectfully submit this Partial Motion for Summary Judgment in their favor and against Defendant GreatBanc Trust Company.

For the reasons stated in Plaintiffs' accompanying Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and Plaintiffs' Combined Statement of Additional Material Facts and Statement of Facts Material Facts pursuant to Federal Rule of Civil Procedure 56, and the Local Rules of this Court, Plaintiffs seek a summary judgment order that they have proved all the elements of their following claims against Defendant GreatBanc:

(1) GreatBanc caused the Plan to engage in a prohibited transaction pursuant to ERISA §§ 406(a)(1)(A) and (D) with respect to the 2013 Recapitalization as alleged in Count I of the Complaint;

(2) GreatBanc violated its fiduciary duty of loyalty to the Plan pursuant to ERISA § 1104(a)(1) with respect to the 2013 Recapitalization, as alleged in Count III of the Complaint; and

(3) GreatBanc caused the Plan to engage in a prohibited transaction pursuant to ERISA §§ 406(a)(1)(A) and (D) with respect to the 2017 Transaction as alleged in Count XI of the Complaint;

Further, for the reasons stated in Plaintiffs' accompanying Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and Plaintiffs' Combined Statement of Additional Material Facts and Statement of Facts Material Facts pursuant to Federal Rule of Civil Procedure 56, and the Local Rules of this Court, Plaintiffs seek a summary judgment order that there are no genuine disputes of material fact on the following affirmative defenses pled by Defendant GreatBanc in their Answer:

(1) Defendant GreatBanc's Fifth Affirmative Defense (Waiver);

(2) Defendant GreatBanc's Sixth Affirmative Defense (Estoppel); and

(3) Defendant GreatBanc's Seventh Affirmative Defense (Ratification, Acquiescence, and/or Consent).

**WHEREFORE**, Plaintiffs' respectfully request the Court grant partial summary judgment in their favor on Counts I, III, and XI of the Complaint and on Defendant GreatBanc's Fifth, Sixth, and Seventh Affirmative Defenses.

Dated: January 14, 2022

Respectfully submitted,

By: /s/ *Mark G. Boyko*
Mark G. Boyko (IL #6288036)
mboyko@baileyglasser.com
Bailey & Glasser LLP
34 N. Gore Ave. – Suite 102
Webster Groves, MO 63119
Telephone: (314) 863-5446
Facsimile: (314)-863-5483

Patrick O. Muench (IL #6290298)
pmuench@baileyglasser.com
318 W. Adams St, Ste 1606
Chicago, IL 60606
Bailey & Glasser LLP
Telephone: (312) 500-8680
Facsimile: (202) 463-2103

Ryan T. Jenny
rjenny@baileyglasser.com
Gregory Y. Porter (admitted *pro hac vice*)
gporter@baileyglasser.com
Bailey & Glasser LLP
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Thomas E. Clark Jr. (IL #6294921)
tclark@wagnerlawgroup.com
Jordan D. Mamorsky (IL #6337130)
jmamorsky@wagnerlawgroup.com
The Wagner Law Group, PC
190 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (314) 236-0065
Facsimile: (314) 236-5743

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2022, a copy of the foregoing document was served on all counsel of record by electronic mail.

/s/*Mark G. Boyko*
Mark G. Boyko