UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY GODFREY, et al.,<br>　　　　　　Plaintiffs,<br>v.<br>GREATBANC TRUST COMPANY, et al.,<br>　　　　　　Defendants. | Case Number 18-cv-07918<br>Judge Matthew F. Kennelly<br>Magistrate Judge Michael T. Mason |

**DEFENDANTS' MOTION TO FILE REDACTED BRIEFS
AND TO SEAL CONFIDENTIAL DOCUMENTS**

Pursuant to Local Civil Rule 26.2, Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri (the "McBride Defendants"), and Defendant GreatBanc Trust Company ("GreatBanc") (collectively, "Defendants") respectfully submit this Motion to File Redacted Briefs and to Seal Confidential Documents.[1] In support of their motion, the Defendants state as follows:

　　　　1.　　The agreed-to confidentiality order (Dkt. 59, "Confidentiality Order") permits the parties to designate as "Confidential-Subject To Protective Order": "(a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case." *Id.* ¶ 2. The Confidentiality Order

---

[1] This motion is nearly identical to Defendants' prior motion to file redacted briefs and to seal confidential documents, Dkt. 275, which was granted by this Court. *See* Dkt. 287. Because Defendants have revised their prior filings in accordance with this Court's direction, *see* Dkt. 284, and the McBride Defendants are filing an additional statement of facts, Defendants move once again to file under seal and/or redact confidential information.

further provides that a party may designate as Confidential deposition testimony taken in this case. *Id.* ¶ 4.

2. Defendants' Joint Response to Plaintiffs' Statement of Material Facts, the Reply Memorandum of Law in Support of McBride Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion for Partial Summary Judgment, the Reply Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment, and the McBride Defendants' Statement of Additional Fact, filed contemporaneously herewith, directly quote from and/or include as attachments documents containing confidential information, specifically:

> (i) Confidential documents and/or deposition testimony previously filed under seal in connection with Defendants' motions for summary judgment and/or Plaintiffs' combined response and cross-motion for partial summary judgment. *See* 11/13/21 Minute Entry (Dkt. No. 263) (granting motion to seal); 1/15/22 Minute Entry (Dkt. No. 274) (same); and

> (ii) Documents and/or testimony deposition testimony designated as Confidential by one or more parties to the case (attached as Exhibits 145-167 to Defendants' Joint Response to Plaintiffs' Statement of Material Facts).

3. Paragraph 7 of the Confidentiality Order states, "Any party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2." Dkt. 59 ¶ 7. Defendants hereby move to file these exhibits under seal and to redact any discussion of confidential information from: (1) Defendants' Joint Response to Plaintiffs' Statement of Material Facts; (2) the Reply Memorandum of Law in Support of McBride Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion for Partial Summary Judgment; (3) the Reply Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment; and (4) the McBride Defendants' Statement of Additional Fact.

**WHEREFORE,** the Defendants respectfully request the Court grant the Motion to File Redacted Briefs and to Seal Confidential Documents and **(1)** place the exhibits under permanent seal and **(2)** approve the redaction of any Confidential information in Defendants' Joint Response to Plaintiffs' Statement of Material Facts, the Reply Memorandum of Law in Support of McBride Defendants' Motion for Summary Judgment and Response to Plaintiffs' Motion for Partial Summary Judgment, the Reply Memorandum of Law in Support of GreatBanc's Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Partial Summary Judgment, and the McBride Defendants' Statement of Additional Facts.

Dated: March 14, 2022

/s/ *Lars C. Golumbic*
Lars C. Golumbic (admitted *pro hac vice*)
Sarah M. Adams (admitted *pro hac vice*)
Shaun A. Gates (admitted *pro hac vice*)
Rachael Hancock (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-6615; Fax: (202) 659-4503
Email: lgolumbic@groom.com
 sadams@groom.com
 sgates@groom.com
 rhancock@groom.com

Daniel Broderick, Jr.
ARDC No. 6304632
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
Tel: (312) 641-3100; Fax: (312) 444-1669
Email: DBroderick@cassiday.com

*Counsel for Defendants McBride & Son Capital, Inc., McBride & Son Management Company, LLC, John F. Eilermann, Jr., Michael D. Arri*

*/s/ Michael L. Scheier*
Michael L. Scheier (Ohio 0055512)

3

Brian P. Muething (Ohio 0076315)
Jacob D. Rhode (Ohio 0089636)
Keating Muething & Klekamp PLL
One E. 4th Street, Suite 1400
Cincinnati, OH 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

Ross D. Taylor (6198181)
Keating Muething & Klekamp PLL
125 S. Clark St., 17th Floor
Chicago, IL 60603

*Counsel for Defendant GreatBanc Trust Company*

## **CERTIFICATE OF SERVICE**

I certify that on March 14, 2022, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

*/s/ Lars C. Golumbic*