## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Gregory Godfrey, et al.

                        Plaintiff,

v.                                                          Case No.: 1:18−cv−07918
                                                                  Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 5/17/2022. The plaintiffs are to file a supplement to the motion for preliminary approval, consistent with the comments made by the Court, by 5/23/2022. The telephonic motion hearing is continued to 5/24/2022 at 9:40 a.m. The following call−in number will be used: 888−684−8852; access code 746−1053. Plaintiffs' motion for preliminary approval of settlement [308] is entered and continued to 5/24/2022. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.