UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY GODFREY, et al.,<br><br>              **Plaintiffs,**<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>              **Defendants.** | Case No. 1:18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEFS
IN EXCESS OF 15 PAGES (UNCONTESTED)**

Pursuant to Rule 7.1. of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs respectfully move this Court for leave to file memoranda of law that will accompany their Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Costs, and Motion for Attorneys' Fees, Costs and Case Contribution Award in excess of 15 pages. In support of this Motion, Plaintiffs state as follows:

(1) On May 16, 2022, Plaintiffs moved for Preliminary Approval of a Settlement Agreement between Plaintiffs and Defendants. Dkt. 308 (the "Preliminary Approval Motion"). On May 26, 2022, Plaintiffs filed a Revised Notice of Class Action Settlement in support of the Preliminary Approval Motion. Dkt. 312. The Revised Notice stated that, on or before August 19, 2022, Plaintiffs would file their fee application and supporting papers. Dkt No. 312-1.

(2) This Court granted the Preliminary Approval Motion on May 24, 2022 (Dkt. 311) and approved the Revised Notice of Proposed Class Action Settlement on May 27,

2022. Dkt. 313. During the Preliminary Motion Approval hearing with the parties on May 24, 2022, the Court directed that the papers supporting the Final Approval Motions should add more detail than the Preliminary Approval Motion about the cost and risk issues associated with the Settlement.

(3) Plaintiffs intend on filing papers in support of their Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Costs, and Motion for Attorneys' Fees, Costs and Case Contribution Award Final Approval of the Settlement (the "Final Approval Motions") no later than August 19, 2022.

(4) Plaintiffs have been working diligently with Defendants in preparing their papers in support of the Final Approval Motions. To adequately address all of the other factors relating to Final Approval of the Settlement, including details relating to the costs and risks faced by the parties in litigating this class action and negotiating the Settlement, Plaintiffs seek:

    a. <u>Five extra pages</u> to submit a Memorandum of Law In Support of their Motion for Attorneys' Fees, Costs, and Case Contribution Award and

    b. <u>Seven extra pages</u> to submit a Memorandum of Law In Support of their Motion for Final Approval of Settlement.

(5) Plaintiffs have met and conferred with Defendants and they have consented to the filing of this Motion and do not oppose the relief sought.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion and permit Plaintiffs to file (1) a Memorandum of Law In Support of their Motion for Attorneys' Fees, Costs, and Case Contribution Award no longer than 20 pages and (2) a Memorandum of Law In Support of their Motion for Final Approval of Settlement no longer than 22 pages.

Dated: August 19, 2022          Respectfully submitted,

By: /s/ *Mark G. Boyko*
Mark G. Boyko (IL #6288036)
mboyko@baileyglasser.com
Bailey & Glasser LLP
34 N. Gore Ave. – Suite 102
Webster Groves, MO 63119
Telephone: (314) 863-5446
Facsimile: (314)-863-5483

Patrick O. Muench (IL #6290298)
pmuench@baileyglasser.com
Bailey & Glasser LLP
318 W. Adams St., Ste. 1606
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (202) 463-2103

Ryan T. Jenny
rjenny@baileyglasser.com
Gregory Y. Porter (admitted *pro hac vice*)
gporter@baileyglasser.com
Bailey & Glasser LLP
1055 Thomas Jefferson St., NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Thomas E. Clark Jr. (IL #6294921)
tclark@wagnerlawgroup.com
Jordan D. Mamorsky (IL #6337130)
jmamorsky@wagnerlawgroup.com
The Wagner Law Group, PC
190 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (314) 236-0065
Facsimile: (314) 236-5743

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2022, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to be thereby served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date.

                                        */s/ Mark G. Boyko*
                                        Mark G. Boyko