UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GREGORY GODFREY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GREATBANC TRUST COMPANY, et al.,**<br><br>Defendants. | Case No. 1:18-cv-07918<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23 and this Court's preliminary approval of settlement (*see* Dkt. 311), Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' Unopposed Motion for Final Approval of Settlement in this matter. Plaintiffs submit the following in support of this Motion:

(1) Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement;

(2) Declaration of Mark G. Boyko;

(3) Declaration of Thomas E. Clark;

(4) Declaration of Makenna Snow of ILYM Group, Inc.;

(5) [Proposed] Final Judgment and Order Granting Plaintiffs' Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Costs, and Case Contribution Awards.

Dated: August 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ *Mark G. Boyko*
　　　　　　　　　　　　　　　　　　Mark G. Boyko (IL #6288036)
　　　　　　　　　　　　　　　　　　mboyko@baileyglasser.com
　　　　　　　　　　　　　　　　　　Bailey & Glasser LLP
　　　　　　　　　　　　　　　　　　34 N. Gore Ave. – Suite 102
　　　　　　　　　　　　　　　　　　Webster Groves, MO 63119
　　　　　　　　　　　　　　　　　　Telephone: (314) 863-5446
　　　　　　　　　　　　　　　　　　Facsimile: (314)-863-5483

　　　　　　　　　　　　　　　　　　Patrick O. Muench (IL #6290298)
　　　　　　　　　　　　　　　　　　pmuench@baileyglasser.com
　　　　　　　　　　　　　　　　　　Bailey & Glasser LLP
　　　　　　　　　　　　　　　　　　318 W. Adams St., Ste. 1606
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 500-8680
　　　　　　　　　　　　　　　　　　Facsimile: (202) 463-2103

　　　　　　　　　　　　　　　　　　Ryan T. Jenny
　　　　　　　　　　　　　　　　　　rjenny@baileyglasser.com
　　　　　　　　　　　　　　　　　　Gregory Y. Porter (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　gporter@baileyglasser.com
　　　　　　　　　　　　　　　　　　Bailey & Glasser LLP
　　　　　　　　　　　　　　　　　　1055 Thomas Jefferson St., NW, Suite 540
　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　Telephone: (202) 463-2101
　　　　　　　　　　　　　　　　　　Facsimile: (202) 463-2103

　　　　　　　　　　　　　　　　　　Thomas E. Clark Jr. (IL #6294921)
　　　　　　　　　　　　　　　　　　tclark@wagnerlawgroup.com
　　　　　　　　　　　　　　　　　　Jordan D. Mamorsky (IL #6337130)
　　　　　　　　　　　　　　　　　　jmamorsky@wagnerlawgroup.com
　　　　　　　　　　　　　　　　　　The Wagner Law Group, PC
　　　　　　　　　　　　　　　　　　190 South LaSalle Street, Suite 2100
　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　Telephone: (314) 236-0065
　　　　　　　　　　　　　　　　　　Facsimile: (314) 236-5743

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2022, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to be thereby served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date.

*/s/ Mark G. Boyko*
Mark G. Boyko