UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Gregory Godfrey, et al.
                          Plaintiff,

v.                                               Case No.: 1:18−cv−07918
                                                       Honorable Matthew F. Kennelly

Greatbanc Trust Company, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

        MINUTE entry before the Honorable Matthew F. Kennelly: Final approval hearing held on 10/4/2022. The Court finds that the settlement is reasonable and properly supported. Plaintiffs' motions for attorney fees [319] and final approval of settlement [317] are granted. The parties are directed to send a proposed order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.